IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIA QUAGLIARELLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-4870 |
| OFFICER JOSHUA DEWEES, et al. | : | |

### ORDER RE: MOTIONS IN LIMINE

AND NOW, this     20th       day of July, 2011, the Court having reviewed the parties' motions in limine and the responses thereto, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

1. Defendants' Motion in Limine to Preclude Opinion Testimony of Walter Signorelli, Plaintiff's Police Expert (ECF No. 25) is GRANTED in part and DENIED in part, in accordance with the Memorandum of Law.

2. The Court withholds ruling on Defendants' Motion in Limine to Preclude Evidence of Pre-Incident Lawsuits and Settlements (ECF No. 30), including any expert testimony concerning these matters, until trial.

3. The Court withholds ruling on Defendants' Motion in Limine to Preclude Plaintiff from Offering Evidence at Trial of Citizen Complaints filed Against Police Officer Dewees and Prior Disciplinary Records (ECF No. 31), including any expert testimony concerning these matters, until trial.

4. Plaintiff's Motion to Preclude Introduction of Plaintiff's Plea of Guilty in State Criminal Proceedings and to Preclude Testimony from Defendants' Witnesses Anna Marie Murphy, Esquire, Anthony Amoroso, Esquire, Jay Mettera, Esquire,

Sam Yim, Esquire and Donna Gorbey (ECF No. 37) is GRANTED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4870 Quagliarello v. Dewees\Quagliarello v. Dewees - Order MILs.wpd