IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIA QUAGLIARELLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-4870 |
| OFFICER JOSHUA DEWEES, et al. | : | |

## ORDER RE: MOTIONS IN LIMINE

AND NOW, this 4th day of August, 2011, the Court having reviewed the Plaintiff's Motions in Limine and Defendants' responses thereto, and having heard oral argument on the motions at a hearing on August 1, 2011, and for the reasons in the accompanying Memorandum of Law, it is hereby ORDERED as follows:

1. Plaintiff's Motion in Limine to Preclude Admission into Evidence from Plaintiff's Social Networking Sites (ECF No. 51) is GRANTED in part and DENIED in part, in accordance with the Memorandum of Law.

2. Plaintiff's Motion in Limine to Preclude Defendants' Videotape of the Chase Scene and Demonstration of a Police Vehicle's Flashing Lights, Siren, and Horn (ECF No. 52) is GRANTED in part and DENIED in part, in accordance with the Memorandum of Law.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4870 Quagliarello v. Dewees\Quagliarello v. Dewees - Order MILs 080411.wpd