IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIA QUAGLIARELLO | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| OFFICER JOSHUA DEWEES, et al, | : | 09-4870 |
| Defendants. | : | |

**ORDER RE: APPEAL OF CLERK'S TAXATION OF COSTS**

AND NOW, this 9th day of August, 2012, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Clerk's Taxation of Costs (Doc. No.) is AFFIRMED in part and REVERSED in part. The Court will order judgment entered in favor of Defendants and against Plaintiff in the amount of $2932.95.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09\09\09-4870 Quagliarello v. Dewees\Order re Appeal of Clerk's Taxation of Costs.wpd